AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Garland, Merrick B | US Court of Appeals/DC Circuit | 05/11/2005 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  US Circuit Judge-Active Status | 5. Report Type (check appropriate type) ___ Nomination, Date ___  ___ Initial __X__ Annual ___ Final | 6. Reporting Period 01/01/2004 to 12/31/2004 |
|---|---|---|
| 7. Chambers or Office Address U.S. Courthouse 333 Constitution Avenue, N.W. Washington, D.C. 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions.) | |
| 1 | Member | Board of Overseers, Harvard University |
| 2 | | |
| 3 | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☒ NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

FINANCIAL DISCLOSURE OFFICE  MAY 18 21 AM '05  RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

### A. Filer's Non-Investment Income

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|
| | ☒ NONE (No reportable non-investment income.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | DATE | SOURCE AND TYPE | |
|---|---|---|---|
| | ☐ NONE (No reportable non-investment income.) | | |
| 1 | 2004 | Sidwell Friends School - Substitute Teacher | |
| 2 | | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | ☐ NONE (No such reportable reimbursements.) | |
| 1 | Harvard University | Feb. 8; Apr. 2-4; June 8-9; Oct. 2-3; Dec. 4-5 - Cambridge, MA - Board of Overseers Meetings (transportation, meals, room) |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | ☒ NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ☒ NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date-Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, | | | | | | | | | |
| 1 Sun Trust Bank accounts | B | Interest | N | T | | | | | |
| 2 Sun Trust Bank accounts | A | Interest | K | T | | | | | |
| 3 Justice Fed. Credit Union accounts | B | Interest | M | T | | | | | |
| 4 U.S. Savings Bonds | | None | K | T | | | | | |
| 5 IRA #1 | A | Dividend | K | T | | | | | |
| 6 --Edward Jones Co. Money Mkt. | | | | | | | | | |
| 7 Brokerage Account #1 | | | | | | | | | |
| 8 --General Mills Inc. Common | B | Dividend | L | T | | | | | |
| 9 --Wyeth Common | A | Dividend | K | T | | | | | |
| 10 --Bristol-Myers Squibb Co. Common | A | Dividend | K | T | | | | | |
| 11 --Zimmer Holdings Inc. Common | | None | J | T | | | | | |
| 12 --General Electric Co. Common | B | Dividend | M | T | | | | | |
| 13 --Georgia Pacific Corp. Common | A | Dividend | K | T | | | | | |
| 14 --Plum Creek Common | A | Dividend | J | T | | | | | |
| 15 --Gillette Co. Common | A | Dividend | L | T | | | | | |
| 16 --Procter & Gamble Co. Common | B | Dividend | M | T | | | | | |
| 17 --J.M. Smucker Co. Common | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value<br>at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| [ ] NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18  --The Reserve Fund (money mkt) | B | Dividend | N | T | | | | | |
| 19  --Citigroup Inc. Common | C | Dividend | L | T | | | | | |
| 20  --Credit Suisse Cap. Apprec. Fund | | None | M | T | | | | | |
| 21  --Nuveen Maryland Prem. Inc. Municipal Fund | D | Dividend | L | T | | | | | |
| 22  --US Treasury Notes due 2005 | D | Interest | M | T | | | | | |
| 23  --US Treasury Notes due 2006 | D | Interest | M | T | | | | | |
| 24  --US Treasury Notes due 2007 | D | Interest | M | T | | | | | |
| 25  Brokerage Account #2 | | | | | | | | | |
| 26  --Fidelity Municipal Money Market Trust | A | Dividend | K | T | | | | | |
| 27  --Fidelity Equity Income II | D | Dividend | N | T | | | | | |
| 28  --Fidelity Spartan 500 Index Fund | C | Dividend | N | T | Buy | 01/09 | K | | |
| 29 | | | | | Buy | 03/15 | K | | |
| 30  Fidelity Contrafund | A | Dividend | O | T | | | | | |
| 31  IRA #2 | A | Dividend | J | T | | | | | |
| 32  --Edward Jones Co. Money Market | | | | | | | | | |
| 33  --Prudential Jennison Growth Fund | | | | | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001 - $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B | 05/11/2005 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income<br>during<br>reporting period | | C<br>Gross value<br>at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.<br>div,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date<br>Month<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| | NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 34 | Retirement Account | A | Dividend | M | T | | | | | |
| 35 | --Fidelity Magellan Fund | | | | | | | | | |
| 36 | Trust #1 | D | Dividend | N | T | | | | | |
| 37 | --US Treasury Bonds | | | | | | | | | |
| 38 | --Gabelli Growth Fund | | | | | | | | | |
| 39 | --The Reserve Fund (money Market) | | | | | | | | | |
| 40 | Trust #2 | D | Dividend | N | T | | | | | |
| 41 | --US Treasury Bonds | | | | | | | | | |
| 42 | --Gabelli Growth Fund | | | | | | | | | |
| 43 | --The Reserve Fund (money market) | | | | | | | | | |
| 44 | Rollover IRA | D | Dividend | N | T | | | | | |
| 45 | --Spartan US Equity Index | | | | | | | | | |
| 46 | | | | | | | | | | |
| 47 | | | | | | | | | | |
| 48 | | | | | | | | | | |
| 49 | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## X. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____  Date  5/11/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544